MAREK P. BUTE, ESQ.
Nevada Bar No. 9989
HOLLY E. CHEONG, ESQ.
Nevada Bar No. 11936
SNELL & WILMER L.L.P.
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, Nevada 89169
Telephone: (702) 784-5200
Facsimile: (702) 784-5252
Email: mbute@swlaw.com
　　　　hcheong@swlaw.com

*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| ALMO MUSIC CORPORATION, STYGIAN SONGS, CONTROVERSY MUSIC, UNIVERSAL MUSIC CORP. and J. ALBERT & SON (USA) INC., <br><br>Plaintiffs,<br><br>vs.<br><br>KAMAL KESHMIRI, individually; JAMAL (A/K/A JAMY) KESHMIRI, individually; and DISCOPOLUS, LLC, a Nevada limited liability company;<br><br>Defendants. | Case No.: 2:10-CV-00381-KJD-GWF<br><br>**INJUNCTIVE ORDER** |

On November 28, 2012, this Court entered its Order granting partial summary judgment in favor of Plaintiffs, finding Kamal Keshmiri and Discopolus, LLC vicariously liable for infringement of Plaintiffs' copyrights [Dkt. No. 69, p. 10]. In the same Order, the Court granted Plaintiffs' request for injunctive relief, and directed that Plaintiffs submit a Proposed Injunctive Order by December 10, 2012. *Id.*, p. 11. Plaintiffs having done so, it is

ORDERED, ADJUDGED, AND DECREED that Defendants Discopolus, LLC and Kamal Keshmiri, acting either in concert or individually (hereafter, the "Enjoined Defendants"), and any persons acting under the direction, control, permission or authority of the Enjoined Defendants, shall be and hereby are enjoined and restrained permanently from publicly performing any copyrighted

16225209.1

musical work in the ASCAP repertory, whether now in existence or later created, including any or all of Plaintiffs' copyrighted musical compositions identified on Schedule A to the Second Amended Complaint [Dkt. No. 34], in any place owned, controlled or conducted by the Enjoined Defendants, and from aiding or abetting the public performance of such compositions in any such place or otherwise, unless and until the Enjoined Defendants receive permission to give such performances either directly from the copyright owners of such works or by license from ASCAP.

Dated this 7 day of Feb., 2013.

_____
UNITED STATES DISTRICT COURT JUDGE

16225209.1