# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| ALMO MUSIC CORPORATION, STYGIAN SONGS, CONTROVERSY MUSIC, UNIVERSAL MUSIC CORP., and J. ALBERT & SON (USA) Inc.,, <br><br> Plaintiffs, <br><br> v. <br><br> KAMAL KESHMIRI, individually, JAMAL KESHMIRI, individually, AND DISCOPOLUS LLC, <br><br> Defendants. | Case No. 2:10-CV-0381 KJD-PAL <br><br> **ORDER** |

Before the Court is ALMO MUSIC CORPORATION, STYGIAN SONGS, CONTROVERSY MUSIC, UNIVERSAL MUSIC CORP., and J. ALBERT & SON (USA) Inc.,'s ("Plaintiffs") Motion for Clarification (#94). Defendants responded (#103) to which Plaintiffs replied (#105).

Plaintiffs' move this Court to clarify its order (# 69) that the issue of costs, including attorney fees, will not be submitted to the jury.

///

///

1       Plaintiff's Motion to Clarify (#94) **IS HEREBY GRANTED**. The issue of costs (including attorney fees) will be addressed, if at all, upon motion and only after entry of final judgment in this matter, pursuant to Local Rule 54-16.

      DATED this 24th day of June 2013.

_____
Kent J. Dawson
United States District Judge

2