# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| ALMO MUSIC CORPORATION, STYGIAN SONGS, CONTROVERSY MUSIC, UNIVERSAL MUSIC CORP., and J. ALBERT & SON (USA) Inc.,,<br><br>    Plaintiffs,<br><br>v.<br><br>KAMAL KESHMIRI, individually, JAMAL KESHMIRI, individually, AND DISCOPOLUS LLC,<br><br>    Defendants. | Case No. 2:10-CV-0381 KJD-PAL<br><br>**ORDER** |

Before the Court is ALMO MUSIC CORPORATION, STYGIAN SONGS, CONTROVERSY MUSIC, UNIVERSAL MUSIC CORP., and J. ALBERT & SON (USA) Inc.,'s ("Plaintiffs") Motion for Clarification (#94). Defendants responded (#103) to which Plaintiffs replied (#105).

Plaintiffs' move this Court to clarify its order (# 69) that the issue of costs, including attorney fees, will not be submitted to the jury.

///

///

1   Plaintiff's Motion to Clarify (#94) **IS HEREBY GRANTED**. The issue of costs (including
2 attorney fees) will be addressed, if at all, upon motion and only after entry of final judgment in this
3 matter, pursuant to Local Rule 54-16.
4   DATED this 24th day of June 2013.

_____
Kent J. Dawson
United States District Judge

2