# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

ALMO MUSIC CORPORATION, *et al.*,

    Plaintiffs,

v.

KAMAL KESHMIRI, *et al.*,

    Defendants.

Case No. 2:10-CV-0381-KJD-PAL

**ORDER**

    The parties' Proposed Joint Pretrial Order was due October 8, 2013. That date has come and gone, and no filings of any kind have been made. In fact, nothing has been filed in this case since Plaintiff Almo Music Corporation's Fourth Request for Extension of Time, made in May (#108). The Court now advises the parties that they have one week from the entry of this order to file their Proposed Joint Pretrial Order. Failure to do so will result in sanctions up to and including dismissal of this action with prejudice. **IT IS SO ORDERED**.

    DATED this 10th day of October 2013.


_____
Kent J. Dawson
United States District Judge