MAREK P. BUTE, ESQ.
Nevada Bar No. 9989
KELLY H. DOVE, ESQ.
Nevada Bar No. 10569
SNELL & WILMER L.L.P.
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, Nevada 89169
Telephone: (702) 784-5200
Facsimile:  (702) 784-5252
Email:  mbute@swlaw.com
         kdove@swlaw.com

*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| ALMO MUSIC CORPORATION, STYGIAN SONGS, CONTROVERSY MUSIC, UNIVERSAL MUSIC CORP. and J. ALBERT & SON (USA) INC.,<br><br>Plaintiffs,<br><br>vs.<br><br>KAMAL KESHMIRI, individually; JAMAL (A/K/A JAMY) KESHMIRI, individually; and DISCOPOLUS, LLC, a Nevada limited liability company;<br><br>Defendants. | Case No.: 2:10-CV-00381-KJD-GWF<br><br>**STIPULATED JUDGMENT** |

Pursuant to the terms of this Stipulated Judgment and the Settlement and Release Agreement entered into between Plaintiffs ALMO MUSIC CORPORATION, STYGIAN SONGS, CONTROVERSY MUSIC, UNIVERSAL MUSIC CORP. and J. ALBERT & SON (USA) INC. ("Plaintiffs"), and Defendants KAMAL KESHMIRI, JAMAL KESHMIRI, and DISCOPOLUS, LLC ("Defendants") agree and therefore stipulate that Judgment be entered against Defendants KAMAL KESHMIRI, JAMAL KESHMIRI, and DISCOPOLUS, LLC, jointly and severally, as follows:

**STIPULATION**

Plaintiffs and Defendants hereby stipulate to allow Judgment to be entered in favor of Plaintiffs and against Defendants, KAMAL KESHMIRI, JAMAL KESHMIRI, and DISCOPOLUS,

18034399.1

LLC, jointly and severally, in the amount of $125,000.00, subject to a credit for any payments made to Plaintiffs pursuant to the parties' Settlement Release and Agreement, which comprises an award of statutory damages of $15,000 per infringement, totaling $60,000.00, and reasonable attorneys' fees and costs totaling $65,000.00.

Plaintiffs and Defendants further stipulate that this Court's February 7, 2013 "Injunctive Order" shall continue to apply and that Defendants KAMAL KESHMIRI, individually and DISCOPOLUS, LLC acting either in concert or individually (hereafter, the "Enjoined Defendants"), and any persons acting under the direction, control, permission or authority of the Enjoined Defendants, shall be and hereby are enjoined and restrained permanently from publicly performing any copyrighted musical work in the ASCAP repertory, whether now in existence or later created, including any or all of Plaintiffs' copyrighted musical compositions identified on Schedule A to the Second Amended Complaint [Dkt. No. 34], in any place owned, controlled or conducted by the Enjoined Defendants, and from aiding or abetting the public performance of such compositions in any such place or otherwise, unless and until the Enjoined Defendants receive permission to give such performances either directly from the copyright owners of such works or by license from ASCAP. Plaintiffs and Defendants further stipulate that the judgment results from willful and malicious conduct giving rise to injury to Plaintiffs as such terms are used in 11 U.S.C. § 523(a)(6).

Plaintiffs and Defendants further stipulate that the Judgment is a valid final judgment on the merits.

DATED: _____, 2013

SNELL & WILMER L.L.P.

By:  /s/ Marek P. Bute
    Marek P. Bute, Esq.
    Kelly H. Dove, Esq.
    3883 Howard Hughes Parkway
    Suite 1100
    Las Vegas, NV  89109
    *Attorney for Plaintiffs*

DATED: _____, 2013

THIERMAN LAW FIRM

By:  /s/ Mark R. Thierman
    Mark R. Thierman, Esq.
    287 Lakeside Drive
    Reno, NV  89511
    *Attorneys for Defendants*

## JUDGMENT

Having considered the Stipulation of the Plaintiffs and Defendants above, this Court hereby enters the following Judgment:

**IT IS HEREBY ORDERED, ADJUDGED and DECREED** that Judgment shall be entered in favor of Plaintiffs and against Defendants KAMAL KESHMIRI, JAMAL KESHMIRI, and DISCOPOLUS, LLC for statutory damages in the amount of $7,500 for each of the four (4) causes of action for a total of $60,000.00, together with reasonable attorney's fees and costs in the amount of $65,000.00; with interest accruing as of the date of this order as prescribed by 28 U.S.C. § 1961;

**IT IS FURTHER ORDERED, ADJUDGED, and DECREED** that Defendants Discopolus, LLC, Kamal Keshmiri, and Jamal Keshmiri, acting either in concert or individually (hereafter, the "Enjoined Defendants"), and any persons acting under the direction, control, permission or authority of the Enjoined Defendants, shall be and hereby are enjoined and restrained permanently from publicly performing any copyrighted musical work in the ASCAP repertory, whether now in existence or later created, including any or all of Plaintiffs' copyrighted musical compositions identified on Schedule A to the Second Amended Complaint [Dkt. No. 34], in any establishment owned, controlled or conducted by the Enjoined Defendants, and from aiding or abetting the public performance of such compositions in any such place or otherwise, unless and until the Enjoined Defendants receive permission to give such performances either directly from the copyright owners of such works or by license from ASCAP.

**IT IS FURTHER ORDERED, ADJUDGED, and DECREED** that the Judgment is a valid final judgment on the merits. The Court specifically finds that the award to Plaintiffs in this Judgment is a result of acts of willful copyright infringement committed by Defendants with knowledge that

///
///
///
///
///

such acts would result in actual and malicious harm to Plaintiffs and their property, in willful disregard of Plaintiffs' rights as owners of musical copyrights to the songs listed in Schedule A to the Second Amended Complaint.

Dated this 15th day of October, 2013.

**IT IS SO ORDERED.**

_____
UNITED STATES DISTRICT COURT JUDGE

SUBMITTED BY:

SNELL & WILMER L.L.P.

By:   /s/ Marek P. Bute
      Marek P. Bute, Esq. (NV Bar No. 9989)
      Kelly H. Dove, Esq. (NV Bar No. 10596)
      3883 Howard Hughes Parkway, Suite 1100
      Las Vegas, Nevada 89169
      *Attorneys for Plaintiffs*

- 4 -